# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHARLES ASHFORD**                                  **PLAINTIFF**
**ADC #133975**

**v.**                      **No. 4:21-cv-398-DPM**

**DOE, Centralized Banking**
**Administrator**                              **DEFENDANT**

## JUDGMENT

Ashford's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_13 May 2021_